## SAIN v. STATE.
### No. 16903.

Court of Criminal Appeals of Texas.
June 6, 1934.

J. N. Bauldwin, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a misdemeanor, is the offense; penalty assessed at a fine of $25 and confinement in the county jail for four months.

The evidence heard in the trial court is not brought up for review. Under the circumstances, the presumption that it was sufficient to support the verdict is conclusive on this court.

Perceiving no fault in the procedure justifying a reversal, the judgment is affirmed.